UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYKO GLOBAL, INC., and KYKO GLOBAL GMBH, <br><br> Plaintiff, <br> v. <br> MADHAVI VUPPALAPATI, *et al.*, <br><br> Defendants, <br> v. <br> WELLS FARGO BANK, <br><br> Garnishee. | Case No. MC17-0130RSL <br><br> ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiffs' "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Madhavi Vuppalapati, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Wells Fargo Bank. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by plaintiff's counsel on October 11, 2017 at Dkt. # 1-3.

Dated this 13th day of October, 2017.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT