UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KYKO GLOBAL, INC., and KYKO GLOBAL GMBH, <br><br>　　　　Plaintiffs/Judgment Creditors, <br><br>　v. <br><br>MADHAVI VUPPALAPATI, *et al.*, <br><br>　　　　Defendants/Judgment Debtors, <br><br>　v. <br><br>WELLS FARGO BANK, 2201 156th Ave. NE, Bellevue, WA 98007-3809, <br><br>　　　　Garnishee. | Case No. MC17-0130RSL <br><br> ORDER TO ISSUE WRIT OF EXECUTION |

This matter comes before the Court on plaintiffs' request for a writ of execution against nonexempt personal property of the defendant/judgment debtor, Madhavi Vuppalapati. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Execution" attached hereto.

Dated this 17th day of January, 2018.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF EXECUTION